UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SCOTT GORECTKE, )
)
    Plaintiff, )
v. ) CIVIL ACTION NO. CV105-074
)
UNITED STATES OF AMERICA, )
)
    Defendant. )

## ORDER

The plaintiff and the United States having reached an amicable settlement in this case, and having moved for dismissal without payment of costs, interest or fees,

IT IS HEREBY ORDERED that the above captioned case is dismissed with prejudice.

This 1st day of May, 2007.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE